United States District Court
Southern District of Texas
**ENTERED**
March 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ADA J. RIVAS DE RIOS,<br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES TEXAS, L.L.C.,<br>et al.<br>    Defendants. | §<br>§<br>§<br>§  Civil Action No. 1:15-cv-217<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 16) regarding "Defendant's Motion for Summary Judgment and Memorandum in Support Thereof" (Dkt. No. 14). No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Defendant's Motion for Summary Judgment (Dkt. No. 14) is **GRANTED,** in part, and **DENIED**, in part. Defendant's Motion is **DENIED** as to Plaintiff's premises liability claim, but is **GRANTED** as to Plaintiff's alternative liability theory based upon negligent activity.

Signed on this __14th__ day of __March__, 2017.

_____
Rolando Olvera
United States District Judge